No. 86-277. WALKER v. ILLINOIS. Sup. Ct. Ill.;

No. 86-5453. TICHNELL v. MARYLAND. Ct. App. Md.;

No. 86-5617. SPAZIANO v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla.;

No. 86-5631. NEWSTED v. OKLAHOMA. Ct. Crim. App. Okla.;

No. 86-5639. MAGWOOD v. ALABAMA. Ct. Crim. App. Ala.;

No. 86-5644. MAK v. WASHINGTON. Sup. Ct. Wash.;

No. 86-5683. WALKER v. OKLAHOMA. Ct. Crim. App. Okla.; and

No. 86-5686. ROGERS v. GEORGIA. Sup. Ct. Ga. Certiorari denied. Reported below: No. 86-277, 109 Ill. 2d 484, 488 N. E. 2d 529; No. 86-5453, 306 Md. 428, 509 A. 2d 1179; No. 86-5617, 489 So. 2d 720; No. 86-5631, 720 P. 2d 734; No. 86-5639, 494 So. 2d 124; No. 86-5644, 105 Wash. 2d 692, 718 P. 2d 407; No. 86-5683, 723 P. 2d 273; No. 86-5686, 256 Ga. 140, 344 S. E. 2d 644.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 86-336. LINNAS v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. JUSTICE BRENNAN, JUSTICE BLACKMUN, and JUSTICE O'CONNOR would grant certiorari.